**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:  <br>  DELORES L NORMAN  <br>  Debtor(s) | Case No. 10-44011 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/30/2010.

2) The plan was confirmed on 03/17/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 02/04/2015.

6) Number of months from filing to last payment: 52.

7) Number of months case was pending: 53.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,056.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $16,836.66 |
| Less amount refunded to debtor | $295.38 |

**NET RECEIPTS:** $16,541.28

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $780.66 |
| Other | $374.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,654.66

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 500 FAST CASH | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| ACE CASH SERVICES | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTIONS | Unsecured | 797.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 0.00 | 627.96 | 627.96 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 0.00 | 900.28 | 900.28 | 0.00 | 0.00 |
| ASSOC ST JAMES RADIOLOGISTS | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| BLAIR/WORLD FIN CAPITAL | Unsecured | 789.00 | 794.76 | 794.76 | 0.00 | 0.00 |
| CASH LOANS TODAY | Unsecured | 200.00 | 2,591.80 | 2,591.80 | 0.00 | 0.00 |
| CCS FIRST SAVINGS BANK | Unsecured | 564.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE DVD | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| COMCAST/CHICAGO | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| EUCALYPTUS | Unsecured | NA | 3,873.82 | 3,873.82 | 0.00 | 0.00 |
| FAST CASH USA | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| FNCC | Unsecured | 599.00 | NA | NA | 0.00 | 0.00 |
| GATEWAY FINANCIAL | Secured | 2,645.00 | 7,813.27 | 7,813.27 | 7,813.27 | 457.77 |
| GATEWAY FINANCIAL | Unsecured | 5,361.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 300.00 | 169.88 | 169.88 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 1,029.97 | 1,029.97 | 407.64 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 8,632.22 | 9,448.67 | 9,448.67 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,761.83 | 12,871.00 | 12,871.00 | 3,207.94 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 373.00 | 373.21 | 373.21 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 464.00 | 464.66 | 464.66 | 0.00 | 0.00 |
| LITERARY GUILD BOOK CLUB | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 650.60 | 650.60 | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | 1,050.00 | 1,050.00 | 0.00 | 0.00 |
| NATIONAL QUICK CASH | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS CO | Unsecured | 0.00 | 995.26 | 995.26 | 0.00 | 0.00 |
| PAYDAY ONE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PAYDAY1 | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| PAYMENT DIRECT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PDLNOW.COM | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PERSONAL FINANCE CO | Unsecured | 661.00 | 301.49 | 301.49 | 0.00 | 0.00 |
| PLUTO MARKETING | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 878.00 | 822.79 | 822.79 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 0.00 | 779.74 | 779.74 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 0.00 | 521.38 | 521.38 | 0.00 | 0.00 |
| QUICK CASH | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 436.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| THE SWISS COLONY | Unsecured | NA | 436.68 | 436.68 | 0.00 | 0.00 |
| VILLAGE OF CALUMET PARK | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF S CHICAGO HEIGHTS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| WELLGROUP HEATLTHPARTNERS LL | Unsecured | 895.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,813.27 | $7,813.27 | $457.77 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,813.27** | **$7,813.27** | **$457.77** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $13,900.97 | $3,615.58 | $0.00 |
| **TOTAL PRIORITY:** | **$13,900.97** | **$3,615.58** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$24,802.98** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,654.66 |
| Disbursements to Creditors | $11,886.62 |
| **TOTAL DISBURSEMENTS :** | **$16,541.28** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/10/2015                    By: /s/ Tom Vaughn
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**